JS6

**ARENTFOX SCHIFF LLP**
MALCOLM S. MCNEIL (SBN 109601)
ALLAN E. ANDERSON (SBN 133672)
KIRSTEN A. HART (SBN 258433)
555 West Fifth Street, 48th Floor
Los Angeles, CA 90014
Telephone: 213.443.7656
E-mail:  malcolm.mcneil@afslaw.com
    allan.anderson@afslaw.com
    kirsten.hart@afslaw.com

**SHAH ATTORNEY GROUP**
EARTH SHAH (SBN 303232)
earth@shahattorneygroup.com
16521 Redwood Drive
Cerritos, CA 90703
Telephone: 562.659.4526
E-mail:  earth@shahattorneygroup.com

Attorneys for Defendants
DISHA VIRENDRABHAI SUTHAR;
VARUNKUMAR SUTHAR; AND PRIME
MARKETING LLC, AND COUNTER-CLAIMANTS
DISHA VIRENDRABHAI SUTHAR AND
VARUNKUMAR SUTHAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUATE MEDIA, INC., a Nevada corporation; BUDGET VAN LINES, INC., a New York corporation; QUOTE RUNNER, LLC., a Wyoming limited liability company; and HOME EXPERT, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DISHA VIRENDRABHAI SUTHAR; VARUNKUMAR SUTHAR; PRIME MARKETING, LLC., a Nevada limited liability company; and DOES 1 through 10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. 2:21-cv-00314-RGK (AGRx) <br><br> [PROPOSED] JUDGMENT <br><br> District Judge: The Hon. R. Gary Klausner <br> Mag. Judge: The Hon. Alicia G. Rosenberg <br><br> Date Action Filed: January 13, 2021 <br> Trial Date: May 24, 2022 |

Judgment is entered in favor of defendants Disha Varendrabhai Suthar, Varunkumar Suthar, and Prime Marketing LLC (collectively "Defendants") and against plaintiffs Equate Media, Inc., Budget Van Lines, Inc., Quote Runner, LLC, and Home Expert, Inc. (collectively "Plaintiffs) on Plaintiffs' claims for violations of the Defend Trade Secrets Act, violations of the California Uniform Trade Secrets Act, breach of contract, breach of the duty of loyalty, tortious interference with prospective economic advantage, tortious interference with contractual relations, civil conspiracy, and unfair competition and Plaintiffs shall take nothing from Defendants.  Judgment is entered against defendants Disha Varendrabhai Suthar and Varunkumar Suthar and in favor of plaintiff Budget Van Lines, Inc. on their claims against Budget Van Lines for rescission and declaratory judgment.

IT IS SO ORDERED

DATED: 7/1/2022

*[signature]*

HON. R. GARY KLAUSNER
JUDGE OF THE DISTRICT COURT