No JS6

**FILED**
**CLERK, U.S. DISTRICT COURT**
1/11/2024
**CENTRAL DISTRICT OF CALIFORNIA**
BY: JRE DEPUTY

**NUNC PRO TUNC TO 12/27/2023**

Daniel R. Gutenplan (SBN 260412)
dgutenplan@enensteinlaw.com
Teri T. Pham (SBN 193383)
tpham@enensteinlaw.com
**ENENSTEIN PHAM GLASS & RABBAT, LLP**
3200 Bristol Street, Suite 500
Costa Mesa, CA 92626
Telephone: (714) 292-0262
Facsimile: (714) 464-4770

Attorneys for Plaintiffs Equate Media, Inc., Budget Van Lines, Inc., Quote Runner, LLC, and Home Expert, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUATE MEDIA, INC., a Nevada corporation; BUDGET VAN LINES, INC., a New York corporation; QUOTE RUNNER, LLC., a Wyoming limited liability company; and HOME EXPERT, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DISHA VIRENDRABHAI SUTHAR; VARUNKUMAR SUTHAR; PRIME MARKETING, LLC., a Nevada limited liability company; and DOES 1 through 10 <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Case No. 2:21-cv-00314-RGK-AGR <br><br> **JUDGMENT** <br><br> Trial Date: May 24, 2022 |

JUDGMENT

1  This action came before the Court for a trial by jury.

2  IT IS ORDERED, ADJUDGED, AND DECREED that, pursuant to the
3  jury's verdict (Dkt No. 157) and the Memorandum Opinion (Dkt. No. 176) and
4  Mandate (Dkt. No. 178) entered by the United States Court of Appeals for the
5  Ninth Circuit, Judgment is hereby entered in favor of Plaintiffs Equate Media, Inc.,
6  Budget Van Lines, Inc., Quote Runner, LLC, and Home Expert, Inc. and against
7  Defendants Disha Virendrabhai Suthar, Varunkumar Suthar, and Prime Marketing,
8  LLC for misappropriation of trade secrets under the California Uniform Trade
9  Secrets Act (Cal Civ. Code § 3426 *et seq.*) and for breach of contract as follows:

**Damages to Plaintiff Equate Media**

1. Judgment is entered in favor of Plaintiff Equate Media, Inc. and against Defendant Disha Virendrabhai Suthar in the amount of one million three hundred ninety-one thousand nine hundred fifty-eight dollars and eight cents ($1,391,958.08) on the claim for misappropriation of trade secrets under the California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

2. Judgment is entered in favor of Plaintiff Equate Media, Inc. and against Defendant Varunkumar Suthar in the amount of one million three hundred ninety-one thousand nine hundred fifty-eight dollars and eight cents ($1,391,958.08) on the claim for misappropriation of trade secrets under the California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

3. Judgment is entered in favor of Plaintiff Equate Media, Inc. and against Defendant Prime Marketing, LLC in the amount of one million three hundred ninety-one thousand nine hundred fifty-eight dollars and eight cents ($1,391,958.08) on the claim for misappropriation of trade secrets under the California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

**Damages to Plaintiff Budget Van Lines, Inc.**

4. Judgment is entered in favor of Plaintiff Budget Van Lines, Inc. and against Defendant Disha Virendrabhai Suthar in the amount of one million three

1  hundred ninety-one thousand nine hundred fifty-eight dollars and eight cents
2  ($1,391,958.08) in damages for misappropriation of trade secrets under the
3  California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*) and one
4  hundred thirty-seven thousand five hundred dollars ($137,500.00) on the claim for
5  breach of contract, for a total of one million five hundred twenty-nine thousand
6  four hundred fifty-eight dollars and eight cents ($1,529,458.08).

7   5. Judgment is entered in favor of Plaintiff Budget Van Lines, Inc. and
8  against Defendant Varunkumar Suthar in the amount of one million three hundred
9  ninety-one thousand nine hundred fifty-eight dollars and eight cents
10 ($1,391,958.08) on the claim for misappropriation of trade secrets under the
11 California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*) and eighty-
12 seven thousand eighty-three dollars and thirty-three cents ($87,083.33) in damages
13 for breach of contract, for a total of one million four hundred seventy-nine
14 thousand forty-one dollars and forty-one cents ($1,479,041.41).

15  6. Judgment is entered in favor of Plaintiff Budget Van Lines, Inc. and
16 against Defendant Prime Marketing, LLC in the amount of one million three
17 hundred ninety-one thousand nine hundred fifty-eight dollars and eight cents
18 ($1,391,958.08) on the claim for misappropriation of trade secrets under the
19 California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

20 **Damages to Plaintiff Quote Runner, LLC**

21  7. Judgment is entered in favor of Quote Runner, LLC and against
22 Defendant Disha Virendrabhai Suthar in the amount of one million three hundred
23 ninety-one thousand nine hundred fifty-eight dollars and eight cents
24 ($1,391,958.08) on the claim for misappropriation of trade secrets under the
25 California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

26  8. Judgment is entered in favor of Quote Runner, LLC and against
27 Defendant Varunkumar Suthar in the amount of one million three hundred ninety-
28 one thousand nine hundred fifty-eight dollars and eight cents ($1,391,958.08) on

the claim for misappropriation of trade secrets under the California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

9. Judgment is entered in favor of Quote Runner, LLC and against Defendant Prime Marketing, LLC in the amount of one million three hundred ninety-one thousand nine hundred fifty-eight dollars and eight cents ($1,391,958.08) on the claim for misappropriation of trade secrets under the California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

**Damages to Plaintiff Home Expert, Inc.**

10. Judgment is entered in favor of Plaintiff Home Expert, Inc. and against Defendant Disha Virendrabhai Suthar in the amount of one million three hundred ninety-one thousand nine hundred fifty-eight dollars and eight cents ($1,391,958.08) on the claim for misappropriation of trade secrets under the California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

11. Judgment is entered in favor of Plaintiff Home Expert, Inc. and against Defendant Varunkumar Suthar is liable to Plaintiff Home Expert, Inc. in the amount of one million three hundred ninety-one thousand nine hundred fifty-eight dollars and eight cents ($1,391,958.08) on the claim for misappropriation of trade secrets under the California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

12. Judgment is entered in favor of Plaintiff Home Expert, Inc. and against Defendant Prime Marketing, LLC in the amount of one million three hundred ninety-one thousand nine hundred fifty-eight dollars and eight cents ($1,391,958.08) on the claim for misappropriation of trade secrets under the California Uniform Trade Secrets Act (Cal Civ. Code § 3426 *et seq.*).

**Interest on Damages Awarded**

13. Plaintiffs are further entitled to pre- and post-judgment interest on all amounts awarded at the legal rate from the date of entry of the jury's verdict on May 27, 2022.

**Retention of Jurisdiction**

14. This Court retains jurisdiction over this action for purposes of addressing Plaintiffs' Motion for Permanent Injunctive Relief, Bill of Costs, motion for attorneys' fees and costs, if any, and enforcing this Judgment.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: January 11, 2024

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE